AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dalzell, Stewart | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/04/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>15613 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary of the Vestry | Saint Mark's Church, Philadelphia, PA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | ▨▨▨ - Teaching Fees |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cape Cod Five Cent Savings | A | Interest | J | T | | | | | |
| 2. Bear, Stearns/JP Morgan Fed. Fund | A | Interest | J | T | | | | | |
| 3. PNC Bank | A | Interest | J | T | | | | | |
| 4. RMA/Smith Barney Tax Free Fund | A | Dividend | J | T | | | | | |
| 5. BRE Properties, Inc. | B | Dividend | K | T | | | | | |
| 6. Vangaurd PA Tax Free Money Fund | A | Dividend | J | T | | | | | |
| 7. Prime Fund-Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 8. Pepsico | A | Dividend | K | T | | | | | |
| 9. Merck & Co. | B | Dividend | K | T | | | | | |
| 10. Cisco System Notes | A | Interest | K | T | | | | | |
| 11. General Electric Capital Notes | A | Interest | K | T | | | | | |
| 12. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 13. Bank America Notes | A | Interest | J | T | | | | | |
| 14. General Electric Cap. Notes | A | Interest | K | T | | | | | |
| 15. Exxon Mobil | A | Dividend | J | T | | | | | |
| 16. SEI Daily Income Trust | A | Dividend | J | T | | | | | |
| 17. Waste Management | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron | B | Dividend | L | T | | | | | |
| 19. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 20. General Mills | A | Dividend | J | T | Buy | 05/28/10 | J | | buy on NYSE |
| 21. SandRidge Energy | | None | J | T | Buy | 08/30/10 | J | | buy on NYSE |
| 22. Seneca Foods | | None | K | T | Buy | 03/09/10 | K | | buy on NASDAQ |
| 23. Intel | A | Dividend | K | T | | | | | |
| 24. AT&T | A | Dividend | K | T | Buy (add'l) | 10/21/10 | J | | buy on NYSE |
| 25. McDonalds Corp. | A | Dividend | K | T | | | | | |
| 26. Powershares ETF | A | Dividend | J | T | Buy (add'l) | 10/21/10 | J | | buy on NASDAQ |
| 27. Dominion Resources | B | Dividend | K | T | | | | | |
| 28. Nat'l Rural Utility Notes | A | Interest | J | T | | | | | |
| 29. Diageo PLC. | A | Dividend | J | T | Sold (part) | 05/11/10 | J | | partial sale on NYSE |
| 30. Chubb Corp. | A | Dividend | J | T | | | | | |
| 31. Windstream | B | Dividend | K | T | | | | | |
| 32. Vanguard Total Bond ETF | A | Interest | K | T | Buy | 06/23/10 | J | | buy on NASDAQ |
| 33. Conoco Phillips | A | Dividend | K | T | | | | | |
| 34. Int'l Business Machines | A | Dividend | K | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R = Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Bank New York Notes | A | Interest | | | Redeemed | 10/15/10 | K | A | full call |
| 36. Fed. Home Loan Bank Bonds | A | Interest | K | T | Buy | 04/20/10 | J | | buy on market |
| 37. Federal Farm Credit Bank Notes | A | Interest | J | T | Buy | 04/20/10 | J | | buy on market |
| 38. Korea Electric Power Corp. | | None | | | Sold | 03/12/10 | K | D | sale on NYSE |
| 39. Southwestern Bell Tel. Bonds | A | Interest | J | T | | | | | |
| 40. Fairfax Financial Holdings | A | Dividend | K | T | | | | | |
| 41. Helmerich & Payne | A | Dividend | | | Sold | 09/30/10 | K | B | sale on NYSE |
| 42. Henderson Global Equity | A | Dividend | J | T | | | | | |
| 43. Plum Creek Timber | A | Dividend | J | T | | | | | |
| 44. BP Plc | A | Dividend | | | Sold | 05/11/10 | J | A | sell ADRs on NYSE |
| 45. FFCB Bonds | A | Interest | | | Redeemed | 06/09/10 | K | A | full call |
| 46. FHLB Bonds | A | Interest | | | Redeemed | 06/21/10 | K | A | full call |
| 47. Dow Chemical Notes | A | Interest | J | T | | | | | |
| 48. 3M Co. | A | Dividend | J | T | | | | | |
| 49. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 50. DuPont | A | Dividend | J | T | | | | | |
| 51. National Fuel Gas | A | Dividend | J | T | Sold (part) | 09/21/10 | J | A | partial sale on NYSE |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Goldman Sachs Group Notes | A | Interest | | | Matured | 06/15/10 | J | A | matured |
| 53. iShares Barclays Agg. Bond Fund | A | Dividend | | | Sold | 04/09/10 | J | | sell on market |
| 54. Kraft Foods | A | Dividend | K | T | Buy (add'l) | 09/30/10 | J | | buy add'l on NYSE |
| 55. Emerson Elec. Co. | A | Dividend | K | T | | | | | |
| 56. Caterpillar Financial Notes | A | Interest | K | T | Redeemed (part) | 12/15/10 | J | A | partial call |
| 57. DuPont | A | Dividend | J | T | | | | | |
| 58. National Fuel Gas | A | Dividend | J | T | | | | | |
| 59. Chesapeake Energy | A | Dividend | K | T | Buy | 01/04/10 | K | | buy on NYSE |
| 60. Simon Properties Group | A | Dividend | J | T | | | | | |
| 61. Vanguard Short-Term Corp. Bond Fund | A | Interest | J | T | Buy | 07/28/10 | J | | buy on NASDAQ |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dalzell, Stewart | 05/04/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Stewart Dalzell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544